### DORGAN et al. v. SCHEER.

(City Court of New York, General Term. May 1, 1900.)

PLEADING—BILL OF PARTICULARS.
    Where defendant sets up a counterclaim, plaintiff is entitled to bill of the particulars on which it is founded.

Appeal from trial term.

Action by John J. Dorgan and others against Darah Scheer. From an order of the general term affirming an order requiring defendant to furnish a bill of particulars to her counterclaim, she appeals. See 62 N. Y. Supp. 1030. Affirmed.

Argued before CONLAN and O'DWYER, JJ.

Louis A. Jaffer, for appellant.
A. Walker Otis, for respondents.

PER CURIAM. The defendant sets up a counterclaim, and the plaintiffs are entitled to know the particulars upon which it is founded. That is all the order required the defendant to furnish.

Order appealed from affirmed, with $10 costs and disbursements.